**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JASMYN WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-510-MAK** |
| | : | |
| **PROGRESSIVE DIRECT** | : | |
| **INSURANCE COMPANY** | : | |

# ORDER

**AND NOW**, this 14th day of October 2022, following today's conference with counsel and review of their Joint Stipulation of Dismissal (D.I. 43), and finding good cause, it is **ORDERED** all the Plaintiff's claims are dismissed in accord with the Joint Stipulation (D.I. 43) and the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**